PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY:  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding
☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name and Office of Person Furnishing Information on THIS FORM
Fayett, Bernardo I.
U.S. Border Patrol
Phone No. _____

Name of Asst. U.S. Attorney (if assigned) _____

CASE NO. B-17 - MJ-988

Name of District Court, and/or Judge/Magistrate Location (City)
Southern District of Texas
Brownsville, Texas
Ronald G. Morgan
U.S. Magistrate Judge

United States District Court
Southern District of Texas
FILED

USA vs.
Defendant: Ramon MEDRANO-Reyes

DEC 18 2017

Address: ████████████ Mexico

David J. Bradley, Clerk of Court

Birth Date ████95    ☑ Male  ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Border Patrol, Brownsville, Texas

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP  20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense  Brownsville, Texas

**DEFENDANT**

Issue:  ☐ Warrant  ☐ Summons

Location Status:

Arrest Date 12/17/2017  or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Has a Detainer been filed?
☑ Yes  ☐ No

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 USC 1326(a)(1)/(b)(1) | Re-Entry After Deport Felon ROUTINE | |
| | | | |
| | | | |
| | | | |
| | | | |